UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RICHARD ALAN DAVIS                                                                                    PLAINTIFF
ADC #89568

V.                                            No. 2:21-CV-00038-JM-JTR

TIANTHA A. WESTBROOK, Sergeant,
East Arkansas Regional Unit, ADC                                                              DEFENDANT

## JUDGMENT

Consistent with the Order on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 4th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE